IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DESCHUTES RIVER ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **PORTLAND GENERAL ELECTRIC COMPANY and CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON**, <br><br> Defendants. | Case No. 3:16-cv-1644-SI <br><br> **JUDGMENT** |

Based on the Court's OPINION AND ORDER dated August 3, 2018 (ECF 128),

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 3rd day of August, 2018.

> */s/ Michael H. Simon*
> Michael H. Simon
> United States District Judge

PAGE 1 – JUDGMENT